IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| RICHARD SCOTT MOTE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 05-CV-1347 |
| FEDERAL BUREAU OF INVESTIGATION, et al., | ) ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

Herein *pro se* Plaintiff Richard Scott Mote filed a Complaint alleging that the Federal Bureau of Investigation had been harassing him for several years and in several states. He wants the harassment stopped. He is essentially asking for equitable relief. The Federal Bureau of Investigation has filed a Motion to Dismiss [5] and memorandum [6] to which the *pro se* Plaintiff has failed to respond.

By Text Order mailed to the *pro se* Plaintiff at his last known address, the *pro se* Plaintiff was directed to file his response on or before January 20, 2006 or risk dismissal for want of prosecution. To date, the *pro se* Plaintiff has failed to respond to the Court's order. Wherefore, the Court recommends dismissal of the Complaint against the Federal Bureau of Investigation on that basis alone.

Turning to the merits, the Court agrees with the points of law and memorandum submitted by the Federal Bureau of Investigation [6]. The Court firmly believes that under <u>Rizzo v. Goode</u>, 423 U.S. 362, 367 (1976), and its progeny, *pro se* Plaintiff's claim does not meet the standards for equitable relief. Furthermore, the Court agrees with the Federal Bureau of Investigation wherein it argues that *pro se* Plaintiff's request for an injunction against Federal Bureau of Investigation "harassment" is vague.

Wherefore, the Court recommends on the merits that the Federal Bureau of Investigation's Motion to Dismiss [5] be allowed.

Any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within ten working days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

In addition, *pro se* Plaintiff is directed to file a status report or take other action to move the litigation forward as to Defendant Bloomington Police Department by February 15, 2006 or risk dismissal for want of prosecution.

ENTER:  January 25, 2006

    FOR THE COURT:

                                            s/ Byron G. Cudmore
                                       _____
                                            BYRON G. CUDMORE
                                     UNITED STATES MAGISTRATE JUDGE