**E-FILED**
Thursday, 09 February, 2006  11:16:29 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RICHARD SCOTT MOTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-1347 |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On January 25, 2006, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case.  More than ten (10) days have elapsed since the filing of the Report & Recommendation, and no objections have been made.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986).  As the parties failed to present timely objections, any such objections have been waived.  Id.

The relevant background and procedural history are sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge.  Suffice it to say that Plaintiff has failed to respond to Defendant FBI's Motion to Dismiss despite an Order from the Court directing him to file his response on or before January 20, 2006, and warning him that the case would be subject to dismissal if he failed to timely respond.  The Court concurs with the recommendation that Plaintiff's failure to respond to the pending Motion to Dismiss in this case warrants the dismissal of this action for failure to prosecute.

Accordingly, the Court now adopts the Report & Recommendation [#10] of the Magistrate Judge in its entirety.  Defendant FBI's Motion to Dismiss [#5] is GRANTED, and the FBI is TERMINATED as a party to this litigation. Plaintiff is also directed to comply with the Magistrate Judge's direction that he file a status report or take other action to move the litigation forward as to Defendant Bloomington Police Department by February 15, 2006, or risk dismissal for want of prosecution.

ENTERED this 9th day of February, 2006.

s/Michael M. Mihm
Michael M. Mihm
United States District Judge